# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE THOMAS

NO. 2026 KW 0481

**JUNE 15, 2026**

---

In Re:   Willie Thomas, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 505-14.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

   **WRIT DENIED AS MOOT.** The records of the Iberville Parish Clerk of Court's Office reflect that the district court acted on relator's motion for guilty plea transcript on May 27, 2026.

**EW**
**CHH**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT